## Cambria Steel Co. *v.* Johnstown Fuel Supply Co.

OPINION BY HENDERSON, J., October 30, 1918:

This case was heard with the appeal of Louis Franke v. Johnstown Fuel Supply Company and Peoples Natural Gas Company, No. 111, April Term, 1918, and involves the same questions considered in that case. For the reasons given in the opinion filed in the case of Louis Franke v. Johnstown Fuel Supply Co., Etc., 70 Pa. Superior Ct. 446, the order of the commission is affirmed and the appeal dismissed at the cost of the appellant.